AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARK ALLEN GOODWINE,

    Plaintiff,

v.

CHUCK MOSELEY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-141

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 20, 2023, Defendant's Motion to Dismiss Plaintiff's Complaint is granted. Therefore, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Orders and Local Rules. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: June 21, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020